**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Verve, L.L.C., | ) | No. CV-05-0365-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hypercom Corp., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| Hypercom Corp. | ) | |
| Counter-Claimant, | ) | |
| vs. | ) | |
| Verve, L.L.C., Raymond M. Galasso, Kevin R. Imes, Simon, Galasso & Frantz P.L.C. | ) | |
| Counter-Defendants. | ) | |
| _____ | ) | |

The court has before it Hypercom's unopposed motion for an order certifying judgment for registration in the Western District of Texas (doc. 407).

On January 9, 2007, this court entered judgment against the counter-defendants, Verve, L.L.C., Raymond Galasso, Kevin Imes, and Simon, Galasso & Frantz, P.L.C., ("counter-defendants") and in favor of Hypercom for over $700,000 (doc. 388). Because an

1  appeal is pending, Hypercom now asks us to enter an order permitting the registration of that
2  judgment in the Western District of Texas.

3       Pending an appeal, "the judgment is only enforceable in the district in which it was
4  rendered, unless the judgment is 'registered' in another district by court order." <u>Columbia</u>
5  <u>Pictures Tel., Inc. v. Krypton Broad. of Birmingham, Inc.</u>, 259 F.3d 1186, 1197 (9th Cir.
6  2001). A court may order the registration of a judgment in another district "for good cause
7  shown." 28 U.S.C. § 1963. "Good cause" is generally based on "an absence of assets in the
8  judgment forum, coupled with the presence of substantial assets in the registration forum."
9  <u>Columbia Pictures</u>, 259 F.3d at 1197-98. Hypercom alleges that counter-defendants have no
10 property in the District of Arizona, and have substantial assets in the Western District of
11 Texas. Counter-defendants did not file a response to Hypercom's motion, and therefore do
12 not dispute these allegations. Accordingly, the requisite "good cause" under 28 U.S.C. §
13 1963 exists.

14      **IT IS ORDERED GRANTING** Hypercom's motion (doc. 407) and certifying the
15 final judgment in this case for registration in the Western District of Texas.

16      DATED this 11th day of April, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge